1038

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
TIMOTHY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00714–0, Shannon Wetherall, J., entered
August 22, 1983. *Affirmed* by unpublished opinion per
Scholfield, A.C.J., concurred in by Williams and Grosse, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
GERALD KOSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Klick-
itat County, No. C–1783, Ted Kolbaba, J., entered
December 19, 1983. *Affirmed* by unpublished opinion
per Munson, J., concurred in by McInturff, A.C.J., and
Thompson, J.

*In the Matter of the Personal Restraint of*
BURL MALONE, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. BURL
MALONE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82–1–00515–1, Thomas L. Lodge, J., entered
January 7, 1983, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Petrich, J., concurred in by
Reed, A.C.J., and Alexander, J.